UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Waveguide, Inc.           \*
                          \*
            Plaintiff     \*
v.                        \*   Civil Action Number: 1:11-cv-00439-SM
                          \*
Teljet Longhaul, LLC      \*
                          \*
            Defendant     \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON PARTIES' JOINT MOTION REQUESTING DEPOSIT OF REGISTRY FUNDS INTO INTEREST-BEARING ACCOUNT

Upon review of the joint motion, the Court rules as follows:

1. The parties' request that the Court establish an escrow account pursuant to this Court's October 26, 2011 Order is granted. The account shall be established pursuant to Local Rule 67.2 and Standing Order 11-2 with the Court Registry Investment System.

2. The funds shall be disbursed as agreed upon by the parties in writing, or upon resolution of the matter as determined by this Court. If there is any disagreement, the Court shall not disburse funds. If the parties cannot agree upon the disbursement, then plaintiff or defendant may seek an order from this Court directing disbursement.

3. Defendant is directed to submit payment in the form of a cashier's check or money order, made payable to the Clerk of Court, to the Clerk's office.

Dated: November 21, 2011

So ordered,

/s/ Steven J. McAuliffe